# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3743
_____

WILLIAM H. SMITH and JULIE L.
LAWSON,

    Appellants,

    v.

JAMES M. WILLIAMS, JR., et al.,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

September 25, 2018

PER CURIAM.

    AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John W. Roberts, Law Offices of John W. Roberts, PLLC, Miramar Beach, for Appellants.

Edward P. Fleming and R. Todd Harris, McDonald Fleming Moorhead; Braden K. Ball, Jr., Litvak, Beasley, Wilson & Ball, LLP, Pensacola, for Appellees.